IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HERBERT AMBROSE DARDEN,

    Petitioner,                              JUDGMENT IN A CIVIL CASE

v.                                       Case No. 13-cv-738-jdp

TIMOTHY DOUMA,

    Respondent.

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying Herbert Ambrose Darden's petition for a writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case.

| /s/ | 7/15/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |