In the United States District Court
for the Western District of Wisconsin

DOC NO
REC'D/FILED
2016 JUL 29 AM 11:43
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Herbert Ambrose Darden,

    Petitioner,

v.                                           Case No. 13-CV-738

Timothy Douma,

    Respondent.

## Notice of Appeal

Notice is hereby given that the petitioner, Herbert A. Darden (Darden), appeals to the United States District Court for the Western District of Wisconsin, and appeals to the United States Court of Appeals for the Seventh Circuit. This appeal relates to the final decision and order dismissing Darden's petition for a writ of habeas corpus under 28 U.S.C. 2254 entered on July 15, 2016 by District Judge James D. Peterson, presiding. This appeal also relates to the decision and order entered by the district court on April 3, 2014 denying Darden's motion for appointment of counsel under 18 U.S.C. 3006(2)(B). This appeal is filed pursuant to Appellate Rule 4(A) and 28 U.S.C. 2107.

Because the district court's July 15, 2016 order is one page and fails to comply with Rule 11(A) where the court must issue or deny a Certificate of Appealability (COA) when it enters a final order, Darden preserves the right to seek a COA from the court of appeals under Federal Rule of Appellate Procedure 22.

Dated this 25th day of July, 2016.

                                                                  Herbert A. Darden